UNITED STATES DISTRICT COURT

____EASTERN____ District of ____CALIFORNIA____

MARTHA ALICIA SANDOVAL CONTRERAS,

Plaintiff,

v.

COMMISSIONER of SOCIAL SECURITY,

Defendant.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NO.:   1:12-CV-02090-BAM

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

    X  The clerk is directed to file the complaint.

    X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

ENTER this   3rd   day of   January  ,   2013  .

/s/ Barbara A. McAuliffe
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer