UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

| | |
|---|---|
| MARTHA ALICIA SANDOVAL CONTRERAS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER of SOCIAL SECURITY,<br><br>Defendant. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>CASE NO.:   1:12-CV-02090-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

    X  The clerk is directed to file the complaint.

    X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

ENTER this __3rd__ day of __January__, __2013__.

                                                        /s/ Barbara A. McAuliffe
                                                      Signature of Judicial Officer

                                       BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                                                 Name and Title of Judicial Officer