UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ALICIA SANDOVAL CONTREAS,<br><br>            Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN[1], Acting Commissioner of Social Security,<br><br>            Defendant.<br>_____/ | Case No. 1: 12-cv-02090-BAM<br><br>**ORDER TO SHOW CAUSE TO MARTHA ALICIA SANDOVAL CONTREAS** |

Plaintiff Martha Alicia Sandoval Contreas, proceeding pro se and in forma pauperis, seeks review of the Commissioner's denial of social security disability benefits. On January 4, 2013, this Court entered a scheduling order in this action. (Doc. 6.) Pursuant to that scheduling order, Plaintiff's opening brief was due no later than February 8, 2014.[2] As of June 2, 2014, Plaintiff has not filed her opening brief.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[2] The scheduling order required Plaintiff to file her opening brief within 95 days of receipt of the administrative record. (Doc. 6.) The Notice of Lodging of Social Security Administrative Transcript was filed on November 5, 2013. (Doc. 11.) The Commissioner's Notice certifies the Administrative Transcript was served on Plaintiff on November 5, 2013. *Id.*

1

1  Plaintiff Martha Alicia Sandoval Contreas is ORDERED TO SHOW CAUSE, in writing, on or
2 before **June 23, 2014,** why this Court should not dismiss her Complaint for failure to comply with the
3 Court's scheduling order. *See, Thompson v. Housing Auth.*, 782 F.2d 829, 831 (9th Cir.1986) ("District
4 courts have inherent power to control their dockets. In the exercise of that power they may impose
5 sanctions including, where appropriate, default or dismissal.")

6  The Clerk of Court is ORDERED to serve this Order on Plaintiff Martha Alicia Sandoval
7 Contreas at the following address:

8  607 W. Petunia Street
   Farmersville, CA 93223.

11 IT IS SO ORDERED.

12  Dated:   **June 2, 2014**                          /s/ *Barbara A. McAuliffe*
13                                                    UNITED STATES MAGISTRATE JUDGE